UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SOLACE EMORE,

    Petitioner,

v.

HOMELAND SECURITY/ICE,

    Petitioner.

CIVIL NO. 18-1246 (PJS/DTS)

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 6, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Solace Emore's Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 2, 2018

                        s/Patrick J. Schiltz
                        PATRICK J. SCHILTZ
                        United States District Court Judge